IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| CROWN POINT HELICOPTER, LLC, | ) |
| Plaintiff, | ) CASE NO. 21-CV-1268 |
| v. | ) |
| SOUTHWEST AVIATION INSURANCE GROUP OF ARIZONA, INC., | ) |
| Defendant. | ) |

## DISCLOSURE STATEMENT

The undersigned, counsel of record for Crown Point Helicopter, LLC, Plaintiff, furnishes the following in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

Plaintiff is a Wisconsin limited liability company with a principal place of business in Illinois, and does not have a parent, nor does a publicly held corporation or other entity own 10% or more of its stock. Robertson Duric is the name of the law firm that will appear or is expected to appear for Plaintiff.

DATE: November 2, 2021

Respectfully Submitted,

CROWN POINT HELICOPTER, LLC

By: /s/ Marko Duric

Marko Duric
Attorney for Plaintiff
ROBERTSON DURIC
One North LaSalle, Suite 300
Chicago, Illinois 60602
Telephone: (312) 223-8600
E-mail: marko@robertsonduric.com