IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| CROWN POINT HELICOPTER, LLC, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 21-cv-01268 |
| | ) | |
| v. | ) | Judge Lynn Adelman |
| | ) | Magistrate Judge Nancy Joseph |
| SOUTHWEST AVIATION INSURANCE GROUP OF ARIZONA, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Plaintiff Crown Point Helicopter, LLC, by its undersigned counsel, respectfully submits the following Notice of Dismissal:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice.

Date: January 28, 2022

Respectfully Submitted,

CROWN POINT HELICOPTER, LLC

By: /s/ Marko Duric

Marko Duric
ROBERTSON DURIC
One North LaSalle, Suite 300
Chicago, IL 60602
(312) 223-8600
marko@robertsonduric.com